169 A.3d 975

JOSEPH FUSARO, PLAINTIFF, v. DOROTA FUSARO, DEFENDANT–PETITIONER.

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005351–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.